IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES R. TUCKER | ) | |
| | ) | |
| v. | ) | No. 3:22-0419 |
| | ) | |
| TRANS UNION, LLC | ) | |

**O R D E R**

By order entered on August 8, 2022 (Docket No. 18), this case was transferred from Magistrate Judge Frensley. The initial case management conference is RESCHEDULED for **September 13, 2022 at 11:00 a.m.**[1] to be held telephonically using the Court's conference line at 1-877-402-9753, access code 3808663#.

Prior to the initial case management, counsel must, at the initiation of Plaintiff's counsel, confer and prepare a joint proposed initial case management order that complies with Local Rule 16.01(f).[2] The joint proposed initial case management order must be filed at least **three (3) business days** in advance of the rescheduled initial case management conference and a Word formatted copy must be separately emailed to the Courtroom Deputy at the email address below.

Failure to timely prepare and file the proposed initial case management order will result in adverse consequences for the party most responsible for noncompliance.

It is SO ORDERED.

---

[1] If this date and time present an unresolvable conflict for counsel, they must contact Ms. Jeanne Cox, Courtroom Deputy at 615-736-5164 or Jeanne_W_Cox@tnmd.uscourts.gov to obtain another mutually agreeable date and time available on the Court's calendar.

[2] Counsel should utilize the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes with designated provisions for Judge Campbell's cases.

_____
BARBARA D. HOLMES
United States Magistrate Judge